

Entered on Docket
December 28, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 Bridger Ave Suite 820**
**Las Vegas, NV  89101**
**(702) 853-4500**
**RAY13mail@LasVegas13.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE:<br><br>**ASAF MAIDANI**<br><br><br>**Debtor** | Chapter 13<br>BKS-10-27693-MKN<br><br>**ORDER DISMISSING CASE UNDER 521(I)**<br>**AND DENIAL OF CONFIRMATION**<br><br>Hearing Date: 12/09/2010<br>Hearing Time: 1:30 PM |
|---|---|

   The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [ X ] Trustee  [  ] Debtor  [  ] Attorney for Debtor [  ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason (s):

- Debtor failed to appear [11 USC 341(a)]
- Debtor failed to timely file Schedules, Statements, and/or Plan  [B.R. 1007(a)(c)]
- Other Reason: no resolution to trustee's opposition

    IT IS FURTHER ORDERED that the Trustee is allowed $150.00 as and for expenses in the administration of this case.

DATED:  12/23/2010

Submitted by:

 /s/  RICK A. YARNALL 
Rick A. Yarnall
Chapter 13 Trustee
(jlg)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follows  (check one);

  X   The court has waived the requirement of approval under LR 9021 (b)(1).

  X   No party appeared at the hearing or filed an objection to the motion .

____I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____I certify that this is a case under the Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order .

###